**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**JUAN CANDELARIA, 89-T-5069,**

       **Plaintiff,**

                                                      **04-CV-0277E(Sr)**

**LAURENCE HIGLEY, et al.,**

       **Defendants.**

---

## DECISION AND ORDER

       Plaintiff filed his original complaint on April 9, 2004. Dkt. #1. Since that time, he has filed an amended complaint (Dkt. #4), and supplemental complaint (Dkt. #13), moved to withdraw the action (Dkt. #14), moved to reopen the action (Dkt. #16), and filed a second supplemental complaint. Dkt. #21.

       Following an Order granting defendants' motion to dismiss several of the defendants and several causes of action (Dkt. #44), plaintiff advised the Court that he intended to file a third amended complaint, prompting the Court to stay defendants' deadline to answer. Dkt. #46.

       By motion dated February 18, 2009, plaintiff complains that the transfer of his legal papers has been delayed following his recent transfer to Green Haven Correctional Facility and states, "if I cannot complete the underlying proposed third amended complaint within the next three month[s] due to lack of access to law

library/legal supplies, I hereby ask that the defendants be directed to answer the second supplemental complaint in [the] Court's file." Dkt. #48.

The Court is concerned that although this was commenced in 2004 and involves incidents alleged to have occurred as far back as 2001, this case has remained at a standstill and no discovery has taken place. The Court notes that plaintiff first expressed his intent to file a third amended complaint on April 2, 2008.

As the motion to dismiss the second supplemental complaint has been resolved and the second supplemental complaint is, therefore, currently in a procedural posture to move forward, the Court declines to delay this action further and directs that defendants answer the second amended complaint no later than **March 13, 2009.**

**SO ORDERED.**

**DATED:**   **Buffalo, New York**
           **February 24, 2009**

                                        *S/ H. Kenneth Schroeder, Jr.*
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**